| | |
|---|---|
| **WHGC, P.L.C.**<br>John D. van Loben Sels (SBN: 201354)<br>johnvanlobensels@whgclaw.com<br>2570 West El Camino Real, Suite 440<br>Mountain View, CA 94041<br>Telephone: (650) 209-1230<br>Facsimile: (650) 209-1231 | **DENIED**<br>BY ORDER OF THE COURT<br>5/20/13   SJO |

Attorneys for Defendants, Westlake Services, LLC d/b/a Westlake Financial Services; Nowcom Corporation; Hankey Group; and Don R. Hankey

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CREDIT ACCEPTANCE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES; NOWCOM CORPORATION; HANKEY GROUP; and DON R. HANKEY,<br><br>　　　　　　Defendants | CASE NO.: 13-cv-01523-SJO-MRNx<br><br>ORDER DENYING STIPULATION TO CONTINUE HEARING ON DEFENDANTS MOTION FOR SANCTIONS UNDER RULE 11<br><br>Current:<br>Date:　　June 10, 2013<br>Time:　　10:00 a.m.<br>Loc:　　Courtroom 1<br>　　　　312 North Spring Street<br>　　　　Los Angeles, CA 90012<br><br>Proposed:<br>Date:　　July 8, 2013<br>Time:　　10:00 a.m.<br>Loc:　　Courtroom 1<br>　　　　312 North Spring Street<br>　　　　Los Angeles, CA 90012 |

**STIPULATION TO CONTINUE HEARING ON DEFENDANTS MOTION FOR SANCTIONS UNDER RULE 11**

1    Plaintiff Credit Acceptance Corporation ("Plaintiff") and Defendants
2    Westlake Services, LLC, d/b/a/ Westlake Financial Services, Nowcom Corporation
3    and Don R. Hankey ("Defendants")[1], by and through their respective undersigned
4    counsel, hereby stipulate and agree as follows:
5    WHEREAS Defendants filed and served their Notice of Motion and Motion
6    for Sanctions under Rule 11 (the "Motion") on May 15, 2013, inadvertently
7    selecting a hearing date of June 10, 2013;
8    WHEREAS, June 10, 2013 is only 26 days after May 15, 2013;
9    WHEREAS , the May 15, 2013 Notice of Motion therefore did not provide
10   an adequate period of notice under Local Rule 6-1;
11   WHEREAS, on May 16, 2013, after conferring with Plaintiffs, Defendants
12   agreed that the inadvertently selected hearing date did not provide adequate notice
13   under Local Rule 6-1 and agreed to amend the hearing date to comply with Local
14   Rule 6-1;
15   WHEREAS, on May 17, 2013, Defendants contacted the Clerk to alert the
16   Court to the inadvertent notice and request a compliant hearing date;
17   WHEREAS, the Clerk informed Defendants that a joint stipulation and
18   proposed order would be necessary to obtain a continued hearing date;
19   NOW THEREFORE, the parties stipulate and agree, pending Court
20   approval, as follows:
21   (1) The hearing on the Motion shall be continued to July 8, 2013 at 10:00
22   a.m., in accord with Local Rule 6-1;
23   (2) Pursuant to Local Rule 7-11, Plaintiff's opposition papers to the Motion
24   shall be filed on or before June 17, 2013;

---

[1] The Hankey Group is not included in this stipulation because Defendants contend, pursuant to the underlying Motion, that the Hankey Group does not exist.

- 1 -

STIPULATION TO CONTINUE HEARING ON DEFENDANTS
MOTION FOR SANCTIONS UNDER RULE 11

718702-LACSR02A - MSW

1    (3) Pursuant to Local Rule 7-11, Defendants' reply papers in support of the
2    Motion shall be filed on or before June 24, 2013.

4    It is so stipulated.

6    Dated: May 20, 2013              **WHGC, P.L.C.**

7                                     By: /s/ John D. van Loben Sels
8                                         John D. van Loben Sels
                                          *Attorneys for Defendants*

10   Dated: May 20, 2013              **Skadden, Arps, Slate,**
11                                    **Meagher & Flom LLP**
12                                    By: /s/ Harriet Posner
13                                        Harriet S. Posner
                                          *Attorneys for Plaintiff*

*The filer attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*

- 2 -

**STIPULATION TO CONTINUE HEARING ON DEFENDANTS**
**MOTION FOR SANCTIONS UNDER RULE 11**