# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-01523 SJO (MRWx): | Date | May 21, 2013 |
|---|---|---|---|
| Title | Credit Acceptance Corporation v. Westlake Services LLC et al | | |

| Present: The Honorable | S. JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Not Present | Not Present | | |

**Proceedings:**     IN CHAMBERS

The Court strikes Defendants Motion for Sanction [31] for failure to comply with Local Rule 6-1 regarding Notice and Service of Motion, failure to comply with the 28-day rule.

Although Defendant has the right to refile this motion, the court notes that attorney sanctions under Federal Rule of Civil Procedure 11 ("Rule 11") are an extreme remedy and violations of Rule 11 are difficult to establish. In the absence of a compelling demonstration by Defendants that Plaintiff has truly taken some action without any possible meritorious basis for that action, the Court urges that Defendants consider the merits of this motion before refiling it in accordance with Local Rule 6-1.

|  | : |  |
|---|---|---|
| Initials of Preparer | vpc | |