**WHGC, P.L.C.**
John D. van Loben Sels (SBN: 201354)
johnvanlobensels@whgclaw.com
2570 West El Camino Real, Suite 440
Mountain View, CA  94041
Telephone:   (650) 209-1230
Facsimile:     (650) 209-1231

Attorneys for Defendants, Westlake Services, LLC
d/b/a Westlake Financial Services; Nowcom Corporation;
Hankey Group; and Don R. Hankey

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CREDIT ACCEPTANCE CORPORATION,<br><br>            Plaintiff,<br>vs.<br><br>WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES; NOWCOM CORPORATION; HANKEY GROUP; and DON R. HANKEY,<br><br>            Defendants<br><br>WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES; NOWCOM CORPORATION; HANKEY GROUP; and DON R. HANKEY,<br><br>            Counter-claimants,<br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>            Counter-defendants | CASE NO.: 13-cv-01523-SJO-MRWx<br><br>NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS UNDER RULE 11<br><br>[L.R. 7-16]<br><br><u>Hearing to be taken off calendar:</u><br><br>    Date:   July 8, 2013<br>    Time:  10:00 a.m.<br>    Loc:    Courtroom 1<br>              312 North Spring Street<br>              Los Angeles, CA 90012 |

1  Defendants Westlake Services, LLC, Nowcom Corporation and Don R.
2  Hankey ("Defendants"), by and through their undersigned counsel, hereby withdraw
3  their Motion for Sanctions Under Rule 11 (the "Motion") against Plaintiff Credit
4  Acceptance Corporation ("Plaintiff") and its counsel without prejudice as follows:

## I. BACKGROUND OF THE MOTION

On March 4, 2013, Plaintiff Credit Acceptance Corporation ("Plaintiff" or "CAC") filed its Complaint for patent infringement on four Defendants, Westlake Services, LLC d/b/a Westlake Financial Services ("Westlake"), Nowcom Corporation ("Nowcom"), Hankey Group and Don R. Hankey (collectively "Defendants"). Plaintiff and its counsel had then, and continue to have now, no good faith basis for naming Don R. Hankey as a defendant in this case, and the complaint contains no allegations suggesting a basis for including him as a defendant. Further, there is no good faith basis for Plaintiff to have named the "Hankey Group" as a defendant either. No such entity exists, and "Hankey Group" is not an "unincorporated association" that may be sued under relevant law. Defendants called these incurable flaws to the attention of Plaintiff and its counsel and they refused unreasonably to correct the Complaint. As a result, Defendants filed a Motion for Sanctions Under Rule 11 on May 22, 2013, which is currently set for hearing on July 8, 2013.

## II. SCHEDULING CONFERENCE

On May 28, 2013, the Court held its scheduling conference in this matter. At the conference, the Court indicated that it may be useful to have discovery on the issues prior to resolving Defendants' motion.[1] The Court also urged counsel for the parties to discuss the dismissal of Don R. Hankey as a defendant as there appear to be few, if any, facts warranting his inclusion as a defendant in this case.[2]

---

[1] May 28, 2013 Scheduling Conference Transcript ("SCTx") at p.8, ln.25-p.9, lns.1-9.
[2] SCTx at p.10, lns. 6-9; p.27, lns.18-25; p.28, lns. 4-5.

- 2 -
**NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS UNDER RULE 11**

### III. CONFERENCE WITH COUNSEL

As the Court suggested, Counsel for Defendants contacted Counsel for Plaintiffs on June 5, 2013, to again discuss Plaintiff's basis for naming Don. R. Hankey as a defendant in this case and potential dismissal of Mr. Hankey as a defendant. Plaintiff's counsel indicated that, despite the Court's suggestion otherwise, it maintains its belief that Mr. Hankey is an appropriate defendant in this case. Similarly, counsel for Plaintiff refused to voluntarily dismiss the Hankey Group as a defendant.

### IV. WITHDRAWAL

Defendants maintain that neither Mr. Hankey nor Hankey Group is a proper defendant in this case. Nevertheless, at the Courts urging, Defendants hereby withdraw the Motion pursuant to Local Rule 7-16 so that discovery may be taken on the issues raised by the Motion.

### V. NO PREJUDICE; RESERVATION OF RIGHT TO RENEW

Defendants' withdrawal of the Motion is made without prejudice. Defendants expressly reserve their right to renew and re-file the Motion after the parties have had an opportunity to take discovery on the matter per the Court's suggestion.[3] Further, under Rule 11 of the Federal Rules of Civil Procedure, Defendants reserve their right

///

///

---

[3] SCTx at p.27, lns.21-24; p.29, lns. 7-9.

to seek the defense costs of Don Hankey and the Hankey Group as a sanction for Plaintiff's improper naming of Mr. Hankey and the Hankey Group as defendants.

**Dated: June 11, 2013**             **Respectfully submitted,**

By: /s/ John D. van Loben Sels
John D. van Loben Sels
State Bar No. 201354
**WHGC, P.L.C.**
2750 W. El Camino Real, Suite 440
Mountain View, California 94040
Telephone:  (650) 209-1230
Facsimile:  (650) 209-1231

*Counsel for Westlake Services, LLC d/b/a Westlake Financial Services, Nowcom Corporation, and Don R. Hankey*

**NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS UNDER RULE 11**

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John D. van Loben Sels
John D. van Loben Sels

- 5 -
**NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS UNDER RULE 11**