# UNITED STATES DISTRICT COURT

Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Credit Acceptance Corporation

V.

Westlake Services, LLC, et al.

Case Number: 13-CV-01523-SJO-MRWx

Judgment was entered in this action on 8/24/2015 (Date) / 109 (Docket No.) against Credit Acceptance Corporation.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---|
| Filing fees: see L.R. 54-3.1 | $85,850.00 |
| Fees for service of process: see L.R. 54-3.2 | |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | $8,222.94 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $7,430.02 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | $101,502.96 |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

- [x] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other ______

Signature: [signature]

Print Name: John van Loben Sels

Attorney for: Westlake Services, LLC d/b/a Westlake Financial Services, et al.

Costs are taxed in the amount of ______

Clerk of Court ______ By: Deputy Clerk ______ Date ______

# Attachment 1

# Filing Fees

**WHGC, A Professional Law Corporation**
1301 Dove Street, Suite 1050, Newport Beach, California 92660-2812

Customer Service: 1-866-970-0186
Billing Inquiry: Accounting@WHGCLaw.com

**BILL TO:**
Westlake Services, LLC

4751 Wilshire Blvd., Suite 100
Los Angeles, CA
90010

| | |
|---|---|
| INV DATE: | Sep 11/13 |
| WHGC FILE#: | W080-7001 |
| INV#: | **9713** |
| FEIN# | 33-0848485 |

**Attention:** Jack Cohen, Esq.

**RE:** WESTLAKE ADV. CAC / CBM PETITION AT PTAB

---

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Sep-09-13 | USPTO Filing fee for Covered Business Method (CBM) Review Request | 50,350.00 | |
| | Totals | $50,350.00 | |
| | **Total Fee & Disbursements** | | **$50,350.00** |
| | Previous Balance | | 43,970.00 |
| | **BALANCE DUE NOW / AMOUNT IN USD:** | | **$94,320.00** |

**WHGC, A Professional Law Corporation**
1301 Dove Street, Suite 1050, Newport Beach, California 92660-2812

Customer Service: 1-866-970-0186
Billing Inquiry: Accounting@WHGCLaw.com

**BILL TO:**

Westlake Services, LLC

4751 Wilshire Blvd., Suite 100
Los Angeles, CA
90010

| | |
|---|---|
| INV DATE: | Jul 17/14 |
| WHGC FILE#: | W080-7002 |
| INV#: | **10520** |
| FEIN# | 33-0848485 |

**Attention:** Eugene M. Leydiker, Esq.

**RE:** WESTLAKE ADV. CAC / CBM PETITION AT PTAB 2

---

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Jul-17-14 | USPTO Filing fee for Covered Business Method (CBM) Review Request | 50,350.00 | |
| | Totals | $50,350.00 | |
| | **Total Fee & Disbursements** | | **$50,350.00** |
| | Previous Balance | | 4,725.00 |
| | **BALANCE DUE NOW / AMOUNT IN USD:** | | **$55,075.00** |

Trials@uspto.gov
571-272-7822

Paper No.34
Entered: July 6, 2015

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

Westlake Services, LLC,
Petitioner,

v.

CREDIT ACCEPTANCE CORP.,
Patent Owner.

---

Case CBM2014-00176
Patent 6,950,807

---

Mailed: July 6, 2015

Before Maria Vignone, *Trial Manager*

NOTICE OF REFUND

Petitioner's request for a refund of certain post-institution fees paid on 08/15/2014 in the above proceeding is hereby granted. The amount of $14,850 has been refunded to the Petitioner's deposit account.

*We regret to inform you that we are only refunding Post Institution fees Under RAM Code 1417.*

The parties are reminded that unless otherwise permitted by 37 C.F.R. § 42.6(b)(2), all filings in this proceeding must be made electronically in the Patent Review Processing System (PRPS), accessible from the Board Web site at http://www.uspto.gov/PTAB.

If there are any questions pertaining to this notice, please contact Maria Vignone at 571-272-4645 or the Patent Trial and Appeal Board at 571-272-7822.

For the PETITIONER:

John van Loben Sels
patents@fishiplaw.com

Ellen Wang
patents@fishiplaw.com

For the PATENT OWNER:

Douglas Nemec
smarquez@skadden.com

James Pak
james.pak@skadden.com

# Depositions

PCLaw
REF# 07532

# INVOICE

**Kusar Court Reporters & Legal Services, Inc.**
COURT REPORTER DIVISION
111 West Ocean Blvd., Suite 1200
Long Beach, CA 90802
562.437.8485 Fax 562.437.8073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 190809 | 7/30/2014 | 1083189 |
| **Job Date** | **Case No.** | |
| 7/23/2014 | CBM2014-00008 | |
| **Case Name** | | |
| Westlake Services, LLC vs. Credit Acceptance Corp. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John D. van Loben Sels
WHGC
1301 Dove Street
Suite 1050
Newport Beach, CA 92660

2 DAY EXPEDITED CERTIFIED ORIGINAL AND 1 CERTIFIED TRANSCRIPT
WITH KEYWORD:

| | | |
|---|---|---|
| John Nerenberg | | 5,331.42 |
| DISCOUNT | -295.36 | -295.36 |
| **TOTAL DUE >>>** | | **$5,036.06** |
| AFTER 8/29/2014 PAY | | $5,539.67 |

Reference No. : 125224

Apply discount due to email delay

Thank you. We appreciate and value your business! Contact us today for your login & password to access transcript(s) online.

Please reference your invoice number on your check.
We gladly accept Visa / Mastercard / Discover.

Invoices accrue a late fee on unpaid balances after 30 days. Invoices cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over for collection, you agree to pay all collection costs and attorney fees.

**Tax ID:** 33-0228098 Phone: 949-833-8483 Fax:

*Please detach bottom portion and return with payment.*

John D. van Loben Sels
WHGC
1301 Dove Street
Suite 1050
Newport Beach, CA 92660

Job No. : 1083189 BU ID : 7-NETWORK
Case No. : CBM2014-00008
Case Name : Westlake Services, LLC vs. Credit Acceptance Corp.

Invoice No. : 190809 Invoice Date : 7/30/2014
**Total Due : $5,036.06**
AFTER 8/29/2014 PAY $5,539.67

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: ______________________
Card Number: ______________________
Exp. Date: __________ Phone#: __________
Billing Address: ______________________
Zip: __________ Card Security Code: __________
Amount to Charge: ______________________
Cardholder's Signature:

Remit To: **Kusar Court Reporters & Legal Services, Inc.**
**111 W. Ocean Blvd., Suite 1200**
**Long Beach, CA 90802**

# INVOICE

Kusar® Court Reporters & Legal Services, Inc.
COURT REPORTER DIVISION
111 West Ocean Blvd., Suite 1200
Long Beach, CA 90802
562.437.8485 Fax 562.437.8073

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 190812 | 7/30/2014 | 1083190 |

| Job Date | Case No. |
|---|---|
| 7/23/2014 | CBM2014-00008 |

**Case Name**

Westlake Services, LLC vs. Credit Acceptance Corp.

**Payment Terms**

Due upon receipt

PCLaw
REF# 07535

John D. van Loben Sels
WHGC
1301 Dove Street
Suite 1050
Newport Beach, CA 92660

Certified Video - Video Services for the Deposition of:

John Nerenberg - Video 2,143.00

**TOTAL DUE >>> $2,143.00**

AFTER 8/29/2014 PAY $2,357.30

Reference No. : 125224

Thank You For Using Our In-house Video Service.
Visit www.kusar.com to see our new look and the great services available to you!

**Tax ID:** 33-0228098 Phone: 949-833-8483 Fax:

*Please detach bottom portion and return with payment.*

John D. van Loben Sels
WHGC
1301 Dove Street
Suite 1050
Newport Beach, CA 92660

Job No. : 1083190 BU ID : 7-NETWORK
Case No. : CBM2014-00008
Case Name : Westlake Services, LLC vs. Credit Acceptance Corp.

Invoice No. : 190812 Invoice Date : 7/30/2014

**Total Due : $2,143.00**
AFTER 8/29/2014 PAY $2,357.30

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: ______________________
Card Number: ______________________
Exp. Date: ______________ Phone#: ______________
Billing Address: ______________________
Zip: ______________ Card Security Code: ______________
Amount to Charge: ______________________
Cardholder's Signature:

Remit To: **Kusar Court Reporters & Legal Services, Inc.**
**111 W. Ocean Blvd., Suite 1200**
**Long Beach, CA 90802**

| | | | | |
|---|---|---|---|---|
| Dec-23-13 | Review materials for petition for writ of mandamus regarding Motion to Stay | 3.50 | 1,225.00 | EJW |
| | Prepare and file supplemental submission concerning motion to stay litigation; confer with E. Wang and J. Burillo regarding same; prepare email regarding same. | 0.40 | 210.00 | JVLS |
| | Analyze prior art; apply to claim chart (XIV) | 3.20 | 1,440.00 | JFO |
| | Drafted letter to CAC counsel in response to their letter regarding date to exchange e-discovery documents | 0.90 | 247.50 | RB |
| | Finalize, file and serve Defendants Supplemental Submission per 12-19-2013 Court Order; arrange for delivery of chamber copies of Docket 66; update Pacer file; download deposition of J. Brock and exhibits. | 1.60 | 320.00 | JFB |
| Dec-24-13 | Review materials for petition for writ of mandamus regarding Motion to Stay | 0.50 | 175.00 | EJW |
| Dec-30-13 | Review Judge Otero's minutes regarding grant of Motion for Stay | 0.20 | 70.00 | JJS |
| | Receipt and download of Docket 67 Order Granting Wl's Motion to Stay; update Pacer file. | 0.60 | 120.00 | JFB |
| | Totals | 173.40 | $60,867.50 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Dec-12-13 | FedEx Tracking # 802552156593 | 29.00 |
| | FedEx Tracking # 802552156608 | 37.94 |
| Dec-19-13 | Ellen Wang's expenses to attend inventor deposition in Detroit, Michigan 12/18/13-12/19/13 | 2,195.31 |
| Dec-23-13 | DDS Courier Service Order# 2608019 | 19.95 |
| | FedEx Tracking # 872829128523 | 29.00 |
| | FedEx Tracking # 872829128615 | 37.94 |
| Dec-27-13 | Westin Hotels & Resorts - Use of conference room for the depositon of J. Brock on 12/19/13 - Paid by WHGC AMEX Card | 549.61 |
| | CompuLaw docketing software - Central District Local Rules - All - subscription renewal 01/01/2014 (share cost) | 419.33 |
| | CompuLaw docketing software - USDC Central District of California rules subscription renewal 01/01/2014 (share cost) | 54.67 |

| | | |
|---|---|---|
| Dec-31-13 | Henjum Goucher Reporting Services invoice #500071 for transcript of Jeffrey Michael Brock on 12/19/13 | 494.27 |
| | Photocopy Expense [DEC] | 374.85 |
| | Pacer Service Center (Court document system) | 160.70 |
| | Westlaw Legal Research (shared cost) [DEC] | 78.79 |
| | Totals | $4,481.36 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$65,348.86** |
| Previous Balance | 82,826.22 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$148,175.08** |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Ellen J. Wang | 81.10 | $350.00 | $28,385.00 |
| John van Loben Sels | 28.80 | $525.00 | $15,120.00 |
| John F. O'Rourke | 7.40 | $450.00 | $3,330.00 |
| Jennifer J. Shih | 2.20 | $350.00 | $770.00 |
| Rebecca A Bellow | 33.10 | $275.00 | $9,102.50 |
| Julie F. Burillo | 20.80 | $200.00 | $4,160.00 |

# Certification, Exemplification, and Reproduction

| | | | | |
|---|---|---|---|---|
| | Tend to filing of Answer and Counterclaim; exchange correspondence with J. Cohen confirming same. | 0.40 | 140.00 | LMH |
| | Finalize and file Answer and Counterclaim; download filed docket[23] and update Net Docs Pacer and Pleading files; and calculate 5-20-2013 response date. | 1.60 | 320.00 | JFB |
| Apr-29-13 | Complete and transmit Search Report with Charts to Rufus Hankey, et al. | 2.20 | 770.00 | JFO |
| | Totals | 178.60 | $64,225.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Apr-17-13 | FedEx Tracking # 858864159998 | 33.35 |
| | FedEx Tracking # 858864160009 | 58.66 |
| Apr-30-13 | Westlaw Legal Research (shared cost) | 707.49 |
| | Totals | $799.50 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$65,024.50** |
| Previous Balance | 24,418.02 |
| Previous Payments | 24,418.02 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$65,024.50** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Apr-22-13 | Westlake Financial Services pd by Comerica Bank & Trust [redacted] | 24,418.02 |
| | **Total Payments** | **$24,418.02** |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jul-31-13 | DDS Courier Service Order# 2539236 | 192.29 |
| | Photocopy Expense [JULY] | 329.35 |
| | Photocopy Expense [JULY] Mountain View office | 118.30 |
| | Postage Expense [JULY] | 3.84 |
| | FedEx Tracking # 796361264388 | 23.77 |
| | Westlaw Legal Research (shared cost) - JULY | 440.42 |
| | Totals | $1,107.97 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$51,412.97** |
| Previous Balance | 128,683.47 |
| Previous Payments | 128,683.47 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$51,412.97** |

## PAYMENT DETAILS

| | | |
|---|---|---|
| Jul-31-13 | Westlake Financial Services paid by Comerica Bank & Trust CK [redacted] | 61,939.40 |
| Jul-31-13 | Westlake Financial Services paid by Comerica Bank & Trust Ck [redacted] | 66,744.07 |
| | **Total Payments** | **$128,683.47** |

| | | | | |
|---|---|---|---|---|
| Aug-30-13 | Confer with client and L. Herman regarding document requests and collection efforts; prepare emails regarding same; confer with counsel for DriveTime regarding supplemental document production. | 1.60 | 720.00 | JVLS |
| | Attend JDG telephone conference; confer with J. van Loben Sels regarding same; follow up correspondence to J. Paunovich regarding same; telephone conference with J. Tsuei regarding sharing internal documents; continue review of documents produced by CAC | 4.80 | 1,680.00 | LMH |
| | Totals | 197.00 | $71,795.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Aug-31-13 | Photocopy Expense [AUG] | 110.60 |
| | Postage Expense [AUG] | 3.16 |
| | Westlaw Legal Research (shared cost) [AUG] | 455.54 |
| Sep-12-13 | DDS Courier Service Order# 2558084 | 198.24 |
| | Totals | $767.54 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$72,562.54** |
| Previous Balance | 51,412.97 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$123,975.51** |

| | | | | |
|---|---|---|---|---|
| Aug-30-13 | Prepare covered business method review; confer with J. O'Rourke regarding same. | 4.20 | 1,890.00 | JVLS |
| | Analyze Expert Declaration (CBM); discuss CBM pre-final form | 3.40 | 1,190.00 | JFO |
| | Totals | 85.40 | $31,550.00 | |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Aug-31-13 | Photocopy Expense [AUG] | 153.65 | |
| | Postage Expense [AUG] | 0.46 | |
| | Totals | $154.11 | |
| | **Total Fee & Disbursements** | | **$31,704.11** |
| | Previous Balance | | 43,970.00 |
| | **BALANCE DUE NOW / AMOUNT IN USD:** | | **$75,674.11** |

| | | | | |
|---|---|---|---|---|
| Sep-27-13 | Review and revise CBM petition; correspond with team member regarding Petition arguments; review law regarding 112 (enablement) arguments. | 5.90 | 2,065.00 | EJW |
| | Prepare CBM petition; confer with E. Wang and J. O'Rourke regarding same; review supporting expert declaration; prepare emails regarding same. | 2.80 | 1,260.00 | JVLS |
| | Revise CBM V; receive/review/critique Expert's Declaration/7th draft | 9.40 | 3,290.00 | JFO |
| Sep-30-13 | prepare CBM review petition; confer with J. O'Rourke and E. Wang regarding same. | 1.70 | 765.00 | JVLS |
| | Review Expert's Finalized Expert's Report. | 5.80 | 2,030.00 | JFO |
| | Totals | 179.90 | $65,185.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Sep-30-13 | Postage Expense [SEPT] | 0.46 |
| | Westlaw Legal Research (shared cost) SEPT | 94.86 |
| | Totals | $95.32 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$65,280.32** |
| Previous Balance | 75,674.11 |
| Previous Payments | 75,674.11 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$65,280.32** |

**PAYMENT DETAILS**

| | | | |
|---|---|---|---|
| Sep-24-13 | Westlake Financial Services paid by Comerica Bank & Trust | [redacted] | 31,704.11 |
| Oct-03-13 | Westlake Financial Services paid by Comerica Bank & Trust | [redacted] | 43,970.00 |
| | **Total Payments** | | **$75,674.11** |

| | | | | |
|---|---|---|---|---|
| | with vendor immediate processing for production; review database integrity and prepare cds for production. | | | |
| Nov-12-13 | Revise and edit formatting of initial draft of Motion to Stay; and preparation of initial draft of table of contents and table of authorities. | 4.00 | 800.00 | JFB |
| Nov-13-13 | Research local court rules and Judge Otero's procedures re formatting of Motion to Stay brief, proposed Orders, etc; legal research re case citing, etc. and revise table of authorities to Motion to Stay. | 6.00 | 1,200.00 | JFB |
| Nov-14-13 | Research court requirements re case citing, etc. and revise table of authorities to Motion to Stay. | 4.70 | 940.00 | JFB |
| Nov-15-13 | Finalize drafts of Declaration of J. van Loben Sels, Proposed Order and Notice of Motion to Stay; preparation of exhibits A-G; file and serve; receipt of ecf notification [doket 58], download and forward to DDS for delivery to Judge Otero; email proposed word version of proposed order to Judge Otero; update Amicus and Net Docs pleadings and pacer files. | 5.70 | 1,140.00 | JFB |
| | Totals | 287.50 | $93,585.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Sep-27-13 | FedEx Tracking # 796793530752 | 19.20 |
| | FedEx Tracking # 796793565253 | 42.11 |
| Sep-30-13 | Pacer Service Center (Court document system) | 87.00 |
| Oct-11-13 | FedEx Tracking # 796898833191 | 24.32 |
| | FedEx Tracking # 796898937123 | 24.32 |
| Oct-28-13 | FedEx Tracking # 802552156413 | 32.95 |
| | FedEx Tracking # 802552156424 | 38.25 |
| Oct-31-13 | Photocopy Expense - October 2013 | 557.55 |
| | Westlaw Legal Research (shared cost) - October 2013 | 380.55 |
| Nov-05-13 | CompuLaw docketing software - Federal Rules of Civil Procedure (shared cost) | 21.85 |
| Nov-11-13 | FedEx Tracking # 801781653398 | 60.01 |
| | FedEx Tracking # 801781653402 | 66.44 |
| | Totals | $1,354.55 |

**Total Fee & Disbursements** **$94,939.55**

docketing system and update client file re same

| | | | |
|---|---|---|---|
| | Totals | 114.80 | $41,175.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Oct-11-13 | FedEx Tracking # 796899114940 | 76.28 |
| | FedEx Tracking # 796899125455 | 66.09 |
| Oct-14-13 | Purchase FedEx box to send a few big binders to Westlake on 10/14/13 (for tracking #796910092583) | 9.71 |
| | FedEx Tracking # 796910092583 | 14.14 |
| Oct-25-13 | Briana Trumpio's mileage and postage expenses to post office to send Service Copies via Express Mail | 42.45 |
| Oct-31-13 | Photocopy Expense - October 2013 | 16.80 |
| | Westlaw Legal Research (shared cost) - October 2013 | 17.12 |
| | Totals | $242.59 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$41,417.59** |
| Previous Balance | 65,280.32 |
| Previous Payments | 65,280.32 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$41,417.59** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Oct-23-13 | Westlake Financial paid by Comerica Bank & Trust [redacted] | 65,280.32 |
| | **Total Payments** | **$65,280.32** |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Ellen J. Wang | 29.40 | $350.00 | $10,290.00 |
| John van Loben Sels | 20.00 | $450.00 | $9,000.00 |
| John F. O'Rourke | 58.70 | $350.00 | $20,545.00 |
| Julie F. Burillo | 3.00 | $200.00 | $600.00 |
| Briana Trumpio | 3.70 | $200.00 | $740.00 |

| | | | | |
|---|---|---|---|---|
| | Prepare materials for motion to compel infringement contentions; confer with E. Wang regarding same; confer with J. O'Rourke and E. Wang regarding claim construction issues. | 1.70 | 765.00 | JVLS |
| Nov-25-13 | Review correspondence from CAC. | 0.30 | 105.00 | EJW |
| | Confer with E. Wang regarding motion to compel further infringement contentions; review correspondence regarding same; prepare emails concerning same; review materials for claim construction. | 3.20 | 1,440.00 | JVLS |
| | Analyze "no source code needed" memo from J. Parmet; contact J. Parmet to discuss direction of memo; analyze Andersen reference; discuss Andersen reference and request clarification of Andersen reference requirements from J. Parmet | 4.20 | 1,470.00 | JFO |
| | COURTESY DISCOUNT BY LMH | -0.20 | -70.00 | LMH |
| | Exchange correspondence with Ellen Wang re document production status. | 0.20 | 70.00 | LMH |
| | Research proper jurisdictions for subpoenas and prepare draft subpoenas and Attachment A to serve upon J. Brock and P. Zura; Update master Westlake production logs. | 3.00 | 600.00 | JFB |
| Nov-26-13 | Review and finalize subpoenas; continue to draft motion to compel. | 1.70 | 595.00 | EJW |
| | Prepare subpoenas; confer with E. Wang regarding same; confer with expert regarding claim construction and infringement contention materials; review emails regarding same; confer with J. O'Rourke and E. Wang regarding same. | 2.90 | 1,305.00 | JVLS |
| | Prepare draft letters to CAC counsel re subpoenas to J. Brock and P. Zura. | 0.70 | 140.00 | JFB |
| | Totals | 229.00 | $81,767.50 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Nov-15-13 | DDS Courier Service Order# 2591988 | 43.21 |
| | FedEx Tracking # 801781653354 | 80.85 |
| | FedEx Tracking # 801781653365 | 96.80 |
| Nov-25-13 | Integrity Legal Corp. invoice #OC213478 | 134.97 |

| | | |
|---|---|---|
| Nov-30-13 | PROFESSIONAL COURTESY DISCOUNT | -669.76 |
| | Photocopy Expense [NOV] | 616.00 |
| | Westlaw Legal Research (shared cost) - [NOV] | 669.76 |
| Dec-09-13 | DDS Courier Service Order# 2601647 | 19.95 |
| | FedEx Tracking # 802552156550 | 29.00 |
| | FedEx Tracking # 802552156619 | 37.94 |
| | Totals | $1,058.72 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$82,826.22** |
| Previous Balance | 94,939.55 |
| Previous Payments | 94,939.55 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$82,826.22** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Nov-27-13 | Westlake Financial Services paid by Comerica Bank & Trust [redacted] | 94,939.55 |

**Total Payments** **$94,939.55**

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Ellen J. Wang | 79.10 | $350.00 | $27,685.00 |
| John van Loben Sels | 53.90 | $450.00 | $24,255.00 |
| John F. O'Rourke | 57.90 | $350.00 | $20,265.00 |
| Lindy M. Herman | 2.30 | $350.00 | $805.00 |
| Rebecca A Bellow | 21.30 | $275.00 | $5,857.50 |
| Julie F. Burillo | 10.20 | $200.00 | $2,040.00 |
| Briana Trumpio | 4.30 | $200.00 | $860.00 |

| | | | | |
|---|---|---|---|---|
| Dec-23-13 | Review materials for petition for writ of mandamus regarding Motion to Stay | 3.50 | 1,225.00 | EJW |
| | Prepare and file supplemental submission concerning motion to stay litigation; confer with E. Wang and J. Burillo regarding same; prepare email regarding same. | 0.40 | 210.00 | JVLS |
| | Analyze prior art; apply to claim chart (XIV) | 3.20 | 1,440.00 | JFO |
| | Drafted letter to CAC counsel in response to their letter regarding date to exchange e-discovery documents | 0.90 | 247.50 | RB |
| | Finalize, file and serve Defendants Supplemental Submission per 12-19-2013 Court Order; arrange for delivery of chamber copies of Docket 66; update Pacer file; download deposition of J. Brock and exhibits. | 1.60 | 320.00 | JFB |
| Dec-24-13 | Review materials for petition for writ of mandamus regarding Motion to Stay | 0.50 | 175.00 | EJW |
| Dec-30-13 | Review Judge Otero's minutes regarding grant of Motion for Stay | 0.20 | 70.00 | JJS |
| | Receipt and download of Docket 67 Order Granting Wl's Motion to Stay; update Pacer file. | 0.60 | 120.00 | JFB |
| | Totals | 173.40 | $60,867.50 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Dec-12-13 | FedEx Tracking # 802552156593 | 29.00 |
| | FedEx Tracking # 802552156608 | 37.94 |
| Dec-19-13 | Ellen Wang's expenses to attend inventor deposition in Detroit, Michigan 12/18/13-12/19/13 | 2,195.31 |
| Dec-23-13 | DDS Courier Service Order# 2608019 | 19.95 |
| | FedEx Tracking # 872829128523 | 29.00 |
| | FedEx Tracking # 872829128615 | 37.94 |
| Dec-27-13 | Westin Hotels & Resorts - Use of conference room for the depositon of J. Brock on 12/19/13 - Paid by WHGC AMEX Card | 549.61 |
| | CompuLaw docketing software - Central District Local Rules - All - subscription renewal 01/01/2014 (share cost) | 419.33 |
| | CompuLaw docketing software - USDC Central District of California rules subscription renewal 01/01/2014 (share cost) | 54.67 |

| | | |
|---|---|---|
| Dec-31-13 | Henjum Goucher Reporting Services invoice #500071 for transcript of Jeffrey Michael Brock on 12/19/13 | 494.27 |
| | Photocopy Expense [DEC] | 374.85 |
| | Pacer Service Center (Court document system) | 160.70 |
| | Westlaw Legal Research (shared cost) [DEC] | 78.79 |
| | Totals | $4,481.36 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$65,348.86** |
| Previous Balance | 82,826.22 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$148,175.08** |

**FEE SUMMARY:**

| **Lawyer** | **Hours** | **Effective Rate** | **Amount** |
|---|---|---|---|
| Ellen J. Wang | 81.10 | $350.00 | $28,385.00 |
| John van Loben Sels | 28.80 | $525.00 | $15,120.00 |
| John F. O'Rourke | 7.40 | $450.00 | $3,330.00 |
| Jennifer J. Shih | 2.20 | $350.00 | $770.00 |
| Rebecca A Bellow | 33.10 | $275.00 | $9,102.50 |
| Julie F. Burillo | 20.80 | $200.00 | $4,160.00 |

| | | | | |
|---|---|---|---|---|
| Feb-19-14 | Document review of CAC PROD 2 Index CAC_WL00028645-37715 (cont'd). | 3.00 | 1,050.00 | PS |
| Feb-20-14 | Document review of CAC PROD 2 Index CAC_WL00028645-37715 (cont'd). | 3.20 | 1,120.00 | PS |
| Feb-21-14 | Continued document review of CAC's business documents; dates and privilege types noted | 3.00 | 1,050.00 | PS |
| Feb-24-14 | Continued document review of CAC's source code for CAPS 1.1; dates and privilege types noted | 3.30 | 1,155.00 | PS |
| Feb-26-14 | Continued document review of CAC's source code for CAPS 2.0; dates and privilege types noted | 1.30 | 455.00 | PS |
| Feb-27-14 | Continued document review of CAC's handwritten notes, charts & figures, and email correspondence relating to CAPS/ACS; dates and privilege types noted | 2.50 | 875.00 | PS |
| Feb-28-14 | Continued document review of CAC's produced documents relating to dealership and user enrollment software interfaces; dates and privilege types noted | 1.10 | 385.00 | PS |
| | Totals | 39.60 | $12,657.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Ellen J. Wang | 1.70 | $350.00 | $595.00 |
| John van Loben Sels | 0.80 | $525.00 | $420.00 |
| Patrick Soon | 21.50 | $350.00 | $7,525.00 |
| Rebecca A Bellow | 13.30 | $275.00 | $3,657.50 |
| Julie F. Burillo | 2.30 | $200.00 | $460.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jan-31-14 | Westlaw Legal Research (shared cost) [JAN] | 15.04 |
| Feb-28-14 | Photocopy Expense [FEB] | 17.50 |
| | Totals | $32.54 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$12,690.04** |
| Previous Balance | 25,938.02 |
| Previous Payments | 25,938.02 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$12,690.04** |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jul-14-14 | FedEx Tracking # 770601392280 | 25.45 |
| Jul-17-14 | FedEx Tracking # 770632242775 | 25.45 |
| Jul-24-14 | John VLS's expenses to attend deposition in New York 07/22/14-07/24/14 | 2,659.13 |
| Jul-29-14 | FedEx Tracking # 770717106880 | 22.26 |
| Jul-30-14 | KUSAR Invoice 190809 - Deposition Transcript of John Nerenberg (2 Day Expedited and Certifited Original) | 5,036.06 |
| | KUSAR Invoice# 190812 - Certified Video - Video Services for the Depositino of John Nerenberg | 2,143.00 |
| Jul-31-14 | Photocopy Expense [JULY] | 286.65 |
| | FedEx Tracking # 770738458998 | 25.45 |
| Aug-25-14 | Ellen Wang's expenses to attend deposition in New York 07/21/14-07/25/14 | 3,851.00 |
| Aug-31-14 | Photocopy Expense - August 2014 | 1.40 |
| | Pacer Service Center (Court document system) - July and August 2014 | 1.10 |
| | Totals | $14,076.95 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$48,796.95** |
| Previous Balance | 53,581.99 |
| Previous Payments | 53,581.99 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$48,796.95** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Jul-15-14 | Westlake Financial Services paid by Comerica Bank & Trust [redacted] | 53,581.99 |
| | **Total Payments** | **$53,581.99** |

| | | | | |
|---|---|---|---|---|
| Jan-28-14 | Conducted review of CAC's produced documents; documented time of production, type of document, privilege type | 5.70 | 1,567.50 | RB |
| | Continue to revise and integrate CAC document review analysis; set up templates for CAC_WL0004601-4670, CAC_WL0024551-25099; CAC_WL0037716-192569; forward to E. Wang. | 5.60 | 1,120.00 | JFB |
| Jan-29-14 | Conducted review of CAC's produced documents; documented time of production, type of document, privilege type | 3.80 | 1,045.00 | RB |
| Jan-30-14 | Conducted review of CAC's produced documents; documented time of production, type of document, privilege type | 6.10 | 1,677.50 | RB |
| Jan-31-14 | Conducted review of CAC's produced documents; documented time of production, type of document, privilege type | 5.40 | 1,485.00 | RB |
| | Totals | 83.50 | $24,470.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jan-02-14 | DDS Courier Service Order# 2611825 | 43.21 |
| Jan-03-14 | FedEx Tracking # 872829128545 | 32.68 |
| | FedEx Tracking # 872829128556 | 37.94 |
| Jan-15-14 | Fetherstonhaugh Patent & Trademark Agents Invoice No. F1908432: Canadian Patent Application No. 2396440 (CAD 500 *Subject to change based on currency value) | 450.49 |
| Jan-31-14 | Photocopy Expense | 903.70 |
| | Totals | $1,468.02 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$25,938.02** |
| Previous Balance | 148,175.08 |
| Previous Payments | 148,175.08 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$25,938.02** |

**FEE SUMMARY:**

| **Lawyer** | **Hours** | **Effective Rate** | **Amount** |
|---|---|---|---|
| Ellen J. Wang | 27.30 | $350.00 | $9,555.00 |
| John van Loben Sels | 2.70 | $525.00 | $1,417.50 |
| Rebecca A Bellow | 37.30 | $275.00 | $10,257.50 |
| Julie F. Burillo | 16.20 | $200.00 | $3,240.00 |

| | | | | |
|---|---|---|---|---|
| Feb-19-14 | Document review of CAC PROD 2 Index CAC_WL00028645-37715 (cont'd). | 3.00 | 1,050.00 | PS |
| Feb-20-14 | Document review of CAC PROD 2 Index CAC_WL00028645-37715 (cont'd). | 3.20 | 1,120.00 | PS |
| Feb-21-14 | Continued document review of CAC's business documents; dates and privilege types noted | 3.00 | 1,050.00 | PS |
| Feb-24-14 | Continued document review of CAC's source code for CAPS 1.1; dates and privilege types noted | 3.30 | 1,155.00 | PS |
| Feb-26-14 | Continued document review of CAC's source code for CAPS 2.0; dates and privilege types noted | 1.30 | 455.00 | PS |
| Feb-27-14 | Continued document review of CAC's handwritten notes, charts & figures, and email correspondence relating to CAPS/ACS; dates and privilege types noted | 2.50 | 875.00 | PS |
| Feb-28-14 | Continued document review of CAC's produced documents relating to dealership and user enrollment software interfaces; dates and privilege types noted | 1.10 | 385.00 | PS |
| | Totals | 39.60 | $12,657.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Ellen J. Wang | 1.70 | $350.00 | $595.00 |
| John van Loben Sels | 0.80 | $525.00 | $420.00 |
| Patrick Soon | 21.50 | $350.00 | $7,525.00 |
| Rebecca A Bellow | 13.30 | $275.00 | $3,657.50 |
| Julie F. Burillo | 2.30 | $200.00 | $460.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jan-31-14 | Westlaw Legal Research (shared cost) [JAN] | 15.04 |
| Feb-28-14 | Photocopy Expense [FEB] | 17.50 |
| | Totals | $32.54 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$12,690.04** |
| Previous Balance | 25,938.02 |
| Previous Payments | 25,938.02 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$12,690.04** |

| | | | | |
|---|---|---|---|---|
| | Retrieve servicing agreements in database by bates number. Add to separate legal folder for ease of access. Categorize by name. Convert to PDF. | 1.30 | 455.00 | PS |
| | Search for CAC Dealership Servicing agreements which define the legal relationship between Credit Acceptance Corp. and the Dealer. | 0.90 | 315.00 | PS |
| Mar-26-14 | Conduct fact investigation regarding CAC purchase agreement documents; review emails concerning same | 1.30 | 682.50 | JVLS |
| | Research case law for exception to plain and ordinary meaning rule | 0.50 | 175.00 | JJS |
| | Research SEC records for material requested by J. O'Rourke; organize same. | 1.00 | 200.00 | TJK |
| | Perform online research including SEC documents and Exhibits to locate Credit Acceptance Corporation's "Purchase Program Agreement" and "Program License Agreement", "CAPS License Agreement" or "Credit Approval Processing System License Agreement" for J. O'Rourke | 1.00 | 200.00 | BT |
| Mar-27-14 | Document review of Westlake PROD02 files; noted privilege, document dates, and descriptions. | 3.20 | 1,120.00 | PS |
| Mar-28-14 | Confer with team regarding document review and related fact investigation; review emails concerning same | 1.40 | 735.00 | JVLS |
| | Compare produced servicing agreements (70s and 80s, Highly Confidential) with publicly available servicing agreements (from 2000s).; Reviewing Documents | 0.70 | 245.00 | PS |
| Mar-30-14 | Document review of Westlake PROD02 files; noted privilege, document dates, and descriptions. | 7.40 | 2,590.00 | PS |
| Mar-31-14 | Document review of Westlake PROD02 files; noted privilege, document dates, and descriptions. | 2.00 | 700.00 | PS |
| | Totals | 70.70 | $24,820.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Mar-31-14 | Photocopy Expense [MAR] | 15.75 |
| | Pacer Service Center (Court document system) - 1st Quarter | 160.70 |
| | Westlaw Legal Research (shared cost) - [MAR]0 | 89.27 |
| | Totals | $265.72 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$25,085.72** |
| Previous Balance | 12,690.04 |
| Previous Payments | 12,690.04 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$25,085.72** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Apr-08-14 | Payment to WHGC Invoice#10187 | 12,690.04 |
| | **Total Payments** | **$12,690.04** |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Ellen J. Wang | 9.50 | $350.00 | $3,325.00 |
| John van Loben Sels | 9.60 | $525.00 | $5,040.00 |
| Patrick Soon | 38.40 | $350.00 | $13,440.00 |
| Jennifer J. Shih | 2.50 | $350.00 | $875.00 |
| Julie F. Burillo | 8.70 | $200.00 | $1,740.00 |
| Tyler J. Kemp | 1.00 | $200.00 | $200.00 |
| Briana Trumpio | 1.00 | $200.00 | $200.00 |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Apr-30-14 | Photocopy Expense [APR] | 8.05 | |
| | Totals | $8.05 | |
| | **Total Fee & Disbursements** | | **$15,935.55** |
| | Previous Balance | | 160.70 |
| | Previous Payments | | 133.70 |
| | **BALANCE DUE NOW / AMOUNT IN USD:** | | **$15,962.55** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Apr-24-14 | Payment to WHGC INV#10282 | 133.70 |
| | **Total Payments** | **$133.70** |

| | | | |
|---|---|---|---|
| Arrange for Initial Conference Call; collect and review pertinent documents; review materials to be produced by J. Parmet. | 4.80 | 1,680.00 | JFO |
| Review email from PTAB rescheduling initial conference call to May 6th; Calendar conference call and enter particulars into docketing system and setup reminder; Update client file | 0.20 | 40.00 | BT |
| Continue Bates Labeling and Indexing production from expert J. Parmet to produce to CAC | 0.90 | 180.00 | BT |
| Totals | 83.00 | $29,720.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Apr-14-14 | Briana Trumpio's mileage and postage to post office to send Request for Rehearing to Skadden by Express Mail on 04/14/14 | 22.52 |
| Apr-30-14 | Postage Expense [APR] | 1.92 |
| | Westlaw Legal Research (shared cost) - APR | 26.18 |
| | Totals | $50.62 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$29,770.62** |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$29,770.62** |

| | | | | |
|---|---|---|---|---|
| May-29-14 | Document review of Westlake PROD02 files; noted privilege, document dates, and descriptions. | 2.40 | 840.00 | PS |
| | Research CFR and Federal Register to find rules, code, and commentary contrary to CAC's position | 4.20 | 1,470.00 | JFO |
| May-30-14 | Document review of Westlake PROD02 files; noted privilege, document dates, and descriptions. | 2.10 | 735.00 | PS |
| | COURTESY DISCOUNT BY BT | -0.50 | -100.00 | BT |
| | Continue to search for motions and cases to further support arguments in sur-reply | 0.50 | 100.00 | BT |
| May-31-14 | Document review of Westlake PROD02 files; noted privilege, document dates, and descriptions. | 6.00 | 2,100.00 | PS |
| | Totals | 100.40 | $35,220.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Ellen J. Wang | 23.90 | $350.00 | $8,365.00 |
| John van Loben Sels | 7.40 | $450.00 | $3,330.00 |
| Patrick Soon | 46.90 | $350.00 | $16,415.00 |
| John F. O'Rourke | 17.80 | $350.00 | $6,230.00 |
| Tyler J. Kemp | 4.40 | $200.00 | $880.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| May-31-14 | Photocopy Expense [MAY] | 86.45 |
| | Postage Expense [MAY] | 0.45 |
| | Westlaw Legal Research (shared cost) - MAY | 142.39 |
| | Totals | $229.29 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$35,449.29** |
| Previous Balance | 15,962.55 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$51,411.84** |

| | | | | |
|---|---|---|---|---|
| May-13-14 | Research case law regarding motions to lift stay pending PTAB proceedings | 2.90 | 1,015.00 | EJW |
| May-14-14 | Conduct research regarding impact of claim construction statement on related litigation; review emails from J. O'Rourke and E. Wang regarding same | 1.30 | 585.00 | JVLS |
| May-28-14 | Review PTAB email notification re new notice filed; Download Notice re Deposition of Jeff Parmet and circulate internally; Calendar Deposition; Update client file | 0.20 | 40.00 | BT |
| May-29-14 | Review prior PTAB proceedings for evidence in support of sur-reply | 5.50 | 1,925.00 | EJW |
| | Continue research on previous CBM cases and motions filed to support litigation stay | 0.50 | 100.00 | BT |
| | Totals | 23.60 | $8,440.00 | |

**FEE SUMMARY:**

| **Lawyer** | **Hours** | **Effective Rate** | **Amount** |
|---|---|---|---|
| Ellen J. Wang | 12.00 | $350.00 | $4,200.00 |
| John van Loben Sels | 4.20 | $450.00 | $1,890.00 |
| John F. O'Rourke | 5.80 | $350.00 | $2,030.00 |
| Briana Trumpio | 1.60 | $200.00 | $320.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| May-08-14 | FedEx Tracking # 798799085929 | 25.45 |
| Jun-03-14 | FedEx Tracking # 770185788829 | 30.19 |
| | Totals | $55.64 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$8,495.64** |
| Previous Balance | 29,770.62 |
| Previous Payments | 29,770.62 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$8,495.64** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| May-14-14 | Weatlake Financial Services paid by REDACTED For Attorney's Eyes Only | 29,770.62 |
| | **Total Payments** | **$29,770.62** |

| | | | | |
|---|---|---|---|---|
| | Review CAC opposition; review correspondence from P. Sammi; draft outline for CBM 101 arguments | | | |
| | Receipt and review Plaintiff's Notice of Motion and Motion for Reconsideration of Docket No. 70 and Strike Docket No. 81; Memorandum of Points and Authorities in Support Thereof; Declaration of Anthony Sammi; Proposed Order; calendar deadline for opposition | 0.50 | 100.00 | LC |
| | Reviewed CAC's Motion to Strike and Motion for Reconsideration documents; Drafted Motion to Strike Plaintiff's Motion for Reconsideration | 3.30 | 1,155.00 | RB |
| | Totals | 75.60 | $23,082.50 | |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Jun-03-14 | DDS Courier Service Order# 2686360 | 59.59 | |
| Jun-08-14 | John O'Rourke's roundtrip airfare to attend deposition in Washington DC 06/08/14-06/11/14 | 770.00 | |
| Jun-09-14 | DDS Courier Service Order# 2689036 | 59.59 | |
| Jun-10-14 | John O'Rourke's hotel charges to attend deposition in Washington DC 06/08/14-06/11/14 - Paid by WHGC AMEX Card | 1,061.42 | |
| Jun-11-14 | Ellen Wang's travel expenses to attend deposition in Washington DC | 2,445.89 | |
| Jun-17-14 | FETHERSTONHAUGH - Exchange rate difference for Invoice #1908432 dated 01/15/14 | 10.34 | |
| Jun-18-14 | David Feldman Worldwide, Inc. Invoice #102395 - Paid by WHGC AMEX Card | 3,758.25 | |
| Jun-30-14 | DDS Courier Service Order# 2698579 | 41.95 | |
| | Photocopy Expense [JUNE] | 208.60 | |
| | Pacer Service Center (Court document system) - 2nd Quarter | 5.20 | |
| | Westlaw Legal Research (shared cost) - JUNE | 242.62 | |
| | Totals | $8,663.45 | |
| | **Total Fee & Disbursements** | | **$31,745.95** |
| | Previous Balance | | 51,411.84 |
| | Previous Payments | | 35,449.29 |

Westlake's deadline to Reply; Update client file

| | | | |
|---|---|---|---|
| | Totals | 149.40 | $53,435.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jun-18-14 | FedEx Tracking # 770348182398 | 30.19 |
| Jun-30-14 | Photocopy Expense [JUNE] | 92.40 |
| | Pacer Service Center (Court document system) - 2nd Quarter | 24.40 |
| | Totals | $146.99 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$53,581.99** |
| Previous Balance | 8,495.64 |
| Previous Payments | 8,495.64 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$53,581.99** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Jun-27-14 | Westlake Financial Services paid by REDACTED For Attorney's Eyes Only | 8,495.64 |
| | **Total Payments** | **$8,495.64** |

| | | | |
|---|---|---|---|
| | Totals | 66.40 | $21,650.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jul-02-14 | DDS Courier Service Order# 2699661 | 61.97 |
| Jul-08-14 | DDS Courier Service Order# 2701746 | 61.97 |
| Jul-10-14 | DDS Courier Service Order# 2703038 | 61.97 |
| Jul-28-14 | DDS Courier Service Order# 2710656 | 61.97 |
| Jul-31-14 | Photocopy Expense [JULY] | 686.35 |
| | Westlaw Legal Research (shared cost) - [JULY] | 1,525.03 |
| Aug-16-14 | FedEx Tracking #770850432384 | 13.22 |
| Aug-18-14 | DDS Courier Service Order# 2720539 | 59.59 |
| Aug-31-14 | Photocopy Expense - August 2014 | 309.05 |
| | Pacer Service Center (Court document system) - July and August 2014 | 10.70 |
| | Westlaw Legal Research (shared cost) - August 2014 | 172.00 |
| | Postage - August 2014 | 0.69 |
| | Totals | $3,024.51 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$24,674.51** |
| Previous Balance | 47,708.50 |
| Previous Payments | 47,708.50 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$24,674.51** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Jul-15-14 | Westlake Financial Services paid by REDACTED For Attorney's Eyes Only | 31,745.95 |
| Jul-15-14 | Westlake Financial Services paid by REDACTED For Attorney's Eyes Only | 15,962.55 |

| | |
|---|---|
| **Total Payments** | **$47,708.50** |

| | | | | |
|---|---|---|---|---|
| | Edit and Finalize Petition for Post-Grant Review Under 35 U.S.C. §321 and §18 of the Leahy-Smith America Invest Act; Preparation of Table of Contents and Authorities; Preparation of Exhibits; Preparation for Filing | 10.50 | 2,100.00 | LC |
| | Draft Certificate of Service of Power of Attorney and Mandatory Notices; Prepare for Filing | 1.00 | 200.00 | LC |
| Aug-18-14 | Confer with E. Wang regarding filing status of CBM #2. | 0.30 | 135.00 | JVLS |
| | Prepare and report filing of CBM #2 | 0.40 | 140.00 | JFO |
| Aug-20-14 | COURTESY DISCOUNT BY LC | -1.50 | -300.00 | LC |
| | Receipt and Review Notice of Filing Date Accorded to Petition and Time for Filing Patent Owner Preliminary Response; Calendar Deadlines | 0.50 | 100.00 | LC |
| | Draft Amended Petition for Post-Grant Review; Preparation of Revised Exhibits | 5.50 | 1,100.00 | LC |
| Aug-22-14 | Review and edit CBM #2 and Exhibits prior to refiling; refile CBM2014-00176. | 2.20 | 770.00 | JFO |
| | COURTESY DISCOUNT BY LC | -1.50 | -300.00 | LC |
| | Edit and Finalize Amended Petition for Post-Grant Review Under 35 USC §321 and §18 of the Leahy-Smith America Invents Act; Preparation of Exhibits; Prepare for Filing | 3.50 | 700.00 | LC |
| | Draft and Finalize Updated Mandatory Notice | 0.50 | 100.00 | LC |
| | Totals | 100.00 | $33,760.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jul-23-14 | Express Mail postage to send payment to USPTO for filing CBM #2 | 18.11 |
| Aug-16-14 | USPS Tracking# EK282569499US - Courtesy Copy to Patent Owner | 44.95 |
| | USPS Tracking# EK282569508US - Courtesy Copy to Opposing Counsel | 44.95 |
| Aug-23-14 | USPS Tracking# EK086538647US - Courtesy Copy to Patent Owner | 44.95 |

| | | |
|---|---|---|
| | USPS Tracking# EK086538655US - Courtesy Copy to Opposing Counsel | 44.95 |
| Aug-31-14 | Pacer Service Center (Court document system) - July and August 2014 | 5.20 |
| | Westlaw Legal Research (shared cost) - August 2014 | 45.00 |
| | Totals | $248.11 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$34,008.11** |
| Trust Transferred at Billing | 4,725.00 |
| Previous Balance | 50,350.00 |
| Previous Payments | 50,350.00 |
| **BALANCE DUE NOW / AMOUNT IN USD:** | **$29,283.11** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Jul-24-14 | Payment to WHGC Invoice#10520 | 50,350.00 |
| Sep-10-14 | Payment for invoice: 10633 | 4,725.00 |
| | **Total Payments** | **$55,075.00** |

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( 949 ) 833-

WHGC, PLC

1301 Dove St. Suite 1050

Newport Beach, CA 92660

EK 282569499 US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

USPS WA... AUG 16 2014

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

K&L Gates LLP

PO Box 1135

Chicago, IL 60690

ZIP + 4® (U.S. ADDRESSES ONLY)

60690

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 91789 | 8-18-14 | $ 44.95 | |
| **Date Accepted (MM/DD/YY)** | **Scheduled Delivery Time** | **Insurance Fee** | **COD Fee** |
| 8-16-14 | ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | $ | $ |
| **Time Accepted** | **10:30 AM Delivery Fee** | **Return Receipt Fee** | **Live Animal Transportation Fee** |
| 11:01 ☒ AM ☐ PM | $ | $ | $ |
| **Weight** ☐ Flat Rate | **Sunday/Holiday Premium Fee** | **Total Postage & Fees** | |
| 5 lbs. 10 ozs. | $ | | |
| | **Acceptance Employee Initials** TL | $ 44.95 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| **Delivery Attempt (MM/DD/YY)** | **Time** | **Employee Signature** |
| | ☐ AM ☐ PM | |

EK 282569508 US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

## CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

WHGC, PLC
1301 Dove St, Suite 1050
Newport Beach, CA 92660

## PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No.

Federal Agency Acct. No. or Postal Service™ Acct. No.

## DELIVERY OPTIONS (Customer Use Only)

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Skadden, Arps, Slate, Meagher
Four Times Square
New York NY 10036

ZIP + 4® (U.S. ADDRESSES ONLY)

1 0 0 3 6 –

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

## ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 91789 | Scheduled Delivery Date (MM/DD/YY): 8-18-14 | Postage: $ 44.95 | |
| Date Accepted (MM/DD/YY): 8-16-14 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 11:03 ☑ AM ☐ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Weight ☐ Flat Rate: 1 lbs. 0 ozs. | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 44.95 | |
| | Acceptance Employee Initials: TJC | | |

Stamp: USPS WALNUT CA 91789 AUG 16 2014

## DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, JANUARY 2014 PSN 7690-02-000-9996 **2-CUSTOMER COPY**

EK 086538655 US

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( 949 ) 833-8483

WHGC, P.L.C.
1301 Dove St, Suite 1050
Newport Beach, CA 92660

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE (

Douglas R. Namec
Four time Square
New York, NY 10036

ZIP + 4® (U.S. ADDRESSES ONLY)
10036

■ **For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.**
■ **$100.00 insurance included.**

NEWPORT BEACH CA 92660 AUG 23 2014 USPS

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☒ 2-Day | | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code: 92660 | Scheduled Delivery Date (MM/DD/YY): 8/25/14 | Postage: $ 44.95 | |
| Date Accepted (MM/DD/YY): 8/23/14 | Scheduled Delivery Time: 3:00 ☐ AM ☒ PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 9:35 ☐ AM ☐ PM | ☐ Loss Guarantee Only | Return Receipt Fee: $ | |
| Weight ☐ Flat Rate | ☐ Live Shipment | Total Postage & Fees: $ 44.95 | |
| 5 lbs. 1 ozs. | ☐ Sunday/Holiday Premium | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( 949 ) 833-0483

WHGC, P.L.C.
1301 Dove St, Suite 1050
Newport Beach, CA 92660

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

K&L Gates LLP
P.O. Box 1135
Chicago, IL 60690

ZIP + 4® (U.S. ADDRESSES ONLY)

6 0 6 9 0

■ **For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.**
■ **$100.00 insurance included.**

EK 086538647 US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☒ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 92660 | 8/25/14 | $ 44.95 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 8/23/14 | 3:00 ☐ AM ☒ PM | $ | $ |
| Time Accepted ☐ AM ☐ PM | ☐ Loss Guarantee Only | Return Receipt Fee $ | |
| Weight ☐ Flat Rate lbs. ozs. | ☐ Live Shipment ☐ Sunday/Holiday Premium | Total Postage & Fees $ 44.95 | |
| | | Acceptance Employee Initials | |

NEWPORT BEACH CA 92660 AUG 23 2014 USPS

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |